**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Northern District of Illinois**

Case number (if known): _____    Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Glass Management Services, Inc.** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **Glass & Mirror America**<br><br>**US Architectural Glass & Metal, Inc.** |
| **3. Debtor's federal Employer Identification Number (EIN)** | 3 6 – 4 3 6 2 2 4 4 |

**4. Debtor's address**

**Principal place of business**

**1945 Ohio St**
Number    Street

**Lisle, IL 60532-2169**
City                State    ZIP Code

**Du Page**
County

**Mailing address, if different from principal place of business**

Number        Street

City                State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Glass Management Services, Inc.**                                    Case number *(if known)* _____
     Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above |

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
**2   3   8   1**

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br><br>☐ Chapter 9<br><br>☑ Chapter 11. *Check all that apply:* |

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br>                        MM / DD / YYYY<br>          District _____ When _____ Case number _____<br>                             MM / DD / YYYY |

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>       District _____ When _____<br>                                     MM / DD / YYYY<br>       Case number, if known _____ |

| Debtor | **Glass Management Services, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* | |
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |

| | | |
|---|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No | |
| | ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed. | |
| | **Why does the property need immediate attention?** *(Check all that apply.)* | |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. | |
| | What is the hazard?  _____ | |
| | ☐ It needs to be physically secured or protected from the weather. | |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). | |
| | ☐ Other _____ | |
| | **Where is the property?** _____ | |
| | Number          Street | |
| | _____ | |
| | City                                                    State      ZIP Code | |
| | **Is the property insured?** | |
| | ☐ No | |
| | ☐ Yes.   Insurance agency _____ | |
| | Contact name _____ | |
| | Phone _____ | |

## Statistical and administrative information

| | | | | |
|---|---|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* | | | |
| | ☐ Funds will be available for distribution to unsecured creditors. | | | |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | | |

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☐ 1-49       ☐ 50-99 | ☐ 1,000-5,000   ☐ 5,001-10,000 | ☐ 25,001-50,000   ☐ 50,000-100,000 |
| | ☑ 100-199   ☐ 200-999 | ☐ 10,001-25,000 | ☐ More than 100,000 |

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor   **Glass Management Services, Inc.**
_____
Name

Case number *(if known)* _____

---

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **09/04/2024**
_____
MM/ DD/ YYYY

**X** **/s/ Ernest B. Edwards**
_____
Signature of authorized representative of debtor

**Ernest B. Edwards**
_____
Printed name

Title   **President**
_____

**18. Signature of attorney**

**X** **/s/ David P Leibowitz**
_____

Date **09/04/2024**
_____
MM/ DD/ YYYY

Signature of attorney for debtor

**David P Leibowitz**
_____
Printed name

**Leibowitz, Hiltz & Zanzig, LLC**
_____
Firm name

**53 W Jackson Blvd Ste 1301**
_____
Number        Street

**Chicago**
_____
City

**IL**
_____
State

**60604-3552**
_____
ZIP Code

**(312) 662-5750**
_____
Contact phone

**dleibowitz@lakelaw.com**
_____
Email address

**1612271**
_____
Bar number

**IL**
_____
State

---

Fill in this information to identify the case:

Debtor Name    **Glass Management Services, Inc.**

United States Bankruptcy Court for the:    **Northern**    District of    **Illinois**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Old National Bank #1834** | **Checking account** | **1  8  3  4** | **$245,000.00** |
| 3.2. **Old National Bank #6823** | **Checking account** | **6  8  2  3** | **$5,000.00** |
| 3.3. **Old National Bank #8100** | **Checking account** | **8  2  0  0** | **$14,000.00** |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$264,000.00**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

Debtor   **Glass Management Services, Inc.**　　　　　　　　Case number *(if known)* _____
　　　　Name

| 7.1 | _____ | _____ |
| 7.2 | _____ | _____ |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

| 8.1 | _____ | _____ |
| 8.2 | _____ | _____ |

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.　　　　　　　　_____

## Part 3:　Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:   **$886,793.72**   -   **$40,000.00**   =.....➡   **$846,793.72**
    　　　　　　　　　　face amount　　　　doubtful or uncollectible accounts

    11b. Over 90 days old:   **$4,526,855.85**   -   **$3,626,855.85**   =.....➡   **$90,000.00**
    　　　　　　　　　　face amount　　　　doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.　　**$936,793.72**

## Part 4:　Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    **Valuation method used for current value** | **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

| 14.1 | _____ | _____ | _____ |
| 14.2 | _____ | _____ | _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:　　　　　　　　% of ownership:

| 15.1 | _____ | _____ | _____ | _____ |
| 15.2 | _____ | _____ | _____ | _____ |

Debtor   **Glass Management Services, Inc.**                                    Case number *(if known)* _____
　　　　　Name

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

　　　Describe:

　　　16.1 _____     _____     _____

　　　16.2 _____     _____     _____

17. **Total of Part 4**

　　　Add lines 14 through 16. Copy the total to line 83.                                              |_____|

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

　　　☐ No. Go to Part 6.
　　　☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | | _____ | _____ |
| **20. Work in progress** | | | | |
| **Prefabricated Glass Panels Earmarked for Projects** | _____ MM / DD / YYYY | **unknown** | _____ | **$150,000.00** |
| **Company fabricated frames earmarked for jobs** | _____ MM / DD / YYYY | **unknown** | _____ | **$150,000.00** |
| **21. Finished goods, including goods held for resale** | | | | |
| **Fully fabricated window frames** | _____ MM / DD / YYYY | **unknown** | _____ | **$70,000.00** |
| **22. Other inventory or supplies** | | | | |
| **Supplies** | _____ MM / DD / YYYY | **unknown** | _____ | **$30,000.00** |
| **Hardware** | _____ MM / DD / YYYY | **unknown** | _____ | **$40,000.00** |

23. **Total of Part 5**

　　　Add lines 19 through 22. Copy the total to line 84.                                    |__ $440,000.00 __|

24. **Is any of the property listed in Part 5 perishable?**

　　　☑ No
　　　☐ Yes

---

Official Form 206A/B                **Schedule A/B: Assets — Real and Personal Property**                page **3**

Debtor    **Glass Management Services, Inc.**                                    Case number *(if known)* _____
          Name

---

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

**27.  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| **28.  Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.  Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.  Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

**33.  Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                    _____

**34.  Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

---

Official Form 206A/B                    **Schedule A/B: Assets — Real and Personal Property**                    page **4**

Debtor    **Glass Management Services, Inc.**                                      Case number *(if known)* _____
          Name

---

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Office Furniture | unknown | | $25,000.00 |
| **40. Office fixtures** | | | |
| Office Cubicles | unknown | | $60,000.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office Equipment | unknown | | $35,000.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**                                                                        $120,000.00

    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

---

Official Form 206A/B                **Schedule A/B: Assets — Real and Personal Property**                page 5

Debtor   **Glass Management Services, Inc.**                    Case number *(if known)* _____
          Name

---

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1 **2017 Nissan NV 2500 Cargo Van /** VIN: 1N6BF0KY8HN80537 Van lease with $1/out | unknown | Depreciated value | $11,177.00

47.2 **2018 Lexus RX450H /** VIN: 2T2BGMCA0JK023216 Automobile - lease with $1/out | unknown | | $36,636.00

47.3 **2020 Cadillac CT5 /** VIN: 1G6DS5RK3L0116233 Lease with $1/out | unknown | | $21,391.00

47.4 **2020 Hyundai Elantra /** VIN: 5NPD74LF4LH602928 Lease with $1/out | unknown | | unknown

47.5 **2020 Hyundai Elantra /** VIN: 5NPD74LFXLH613237 lease with $1/out | unknown | | unknown

47.6 **2017 Nissan ALTIMA /** VIN: 1N4AL3AP1HC148344 Lease with $1/hout | unknown | | unknown

47.7 **2019 Chevrolet Silverado - 2500HD /** VIN: 1GCOKREG6KF245339 Pickup Truck Lease $1/out | unknown | | unknown

47.8 **2020 Chevrolet EXPRESS 3500 /** VIN: 1GCZGGFP3L1249021 LEASE WITH $1/OUT | unknown | | unknown

47.9 **2020 Chevrolet EXPRESS VAN 3500 /** VIN: 1GCZGGFP7L1249023 LEASE $1/OUT | unknown | | unknown

47.10 **2018 Ford F 150 /** VIN: 1FTMF1EP7JKD70489 PICKUP 4X4 XL LEASE $1/OUT | unknown | | unknown

47.11 **2012 Ford TAURUS /** VIN: 1FAHP2DW7CG133364 | unknown | | unknown

47.12 **2008 ISUZU I 290 TRUCK /** VIN: JALE5W16587902173 GLASS RACK TRUCK | unknown | | unknown

47.13 **2007 Chevrolet SILVERADO 3500 /** VIN: 1CBJC34K17E537275 | unknown | | unknown

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____

48.2 _____

49. **Aircraft and accessories**

49.1 _____

49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**Machinery and Equipment** | unknown | | $300,000.00

Official Form 206A/B                    **Schedule A/B: Assets — Real and Personal Property**                    page **6**

Debtor    **Glass Management Services, Inc.** _____    Case number *(if known)* _____
Name

---

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.    | $369,204.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Industrial Building /** 1945 Ohio St Lisle, IL 60532-2169 | **Lease** | **unknown** | | **unknown** |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    | _____ |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

61. **Internet domain names and websites**

---

Debtor   **Glass Management Services, Inc.**                              Case number *(if known)* _____
Name

---

62. **Licenses, franchises, and royalties**

    _____      _____  _____  _____

63. **Customer lists, mailing lists, or other compilations**

    _____      _____  _____  _____

64. **Other intangibles, or intellectual property**

    **Trade Names** _____      **unknown** _____  **unknown**

65. **Goodwill**

    _____      _____  _____  _____

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.                    _____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☑ Yes. Fill in the information below.

                                                                      **Current value of
                                                                      debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

    _____  _____ – _____ = ➜  _____
                            Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____  Tax year _____  _____
    _____  Tax year _____  _____
    _____  Tax year _____  _____

73. **Interests in insurance policies or annuities**

    **Liability Insurance Midwest Family Mutual Insurance** _____      **unknown**

---

Debtor   **Glass Management Services, Inc.** _____   Case number *(if known)* _____

Name

---

    **Midwest Family Mutual Insurance - Automobile Liability** _____   **unknown**

    **Umbrella Policy - Miwest Family Mutual Insurance** _____   **unknown**

    **Workers Compensation - Midwest Family Mutual Insurance** _____   **unknown**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Breach of Contract - Lakeside Alliance** _____   **$0.00**

    **Nature of claim**    **Breach of Contract** _____

    **Amount requested**    **$1,500,000.00** _____

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    **Employee Retention Credit** _____   **$900,000.00**

    **Nature of claim**    **Employee Retention Credit** _____

    **Amount requested**    **$900,000.00** _____

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.   | **$900,000.00** |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

Debtor   **Glass Management Services, Inc.**                    Case number *(if known)* _____

Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $264,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $936,793.72 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $440,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $120,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $369,204.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................➜ | | unknown |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $900,000.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column* ............................91a. | $3,029,997.72 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................... | | $3,029,997.72 |

Fill in this information to identify the case:

Debtor name **Glass Management Services, Inc.**

United States Bankruptcy Court for the: **Northern** District of **Illinois**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name** **Old National Bank** **Creditor's mailing address** **PO Box 3789** **Evansville, IN 47736-3789** | **Describe debtor's property that is subject to a lien** Machinery and Equipment, Old National Bank #1834, Old National Bank #6823, Old National Bank #8100, Accounting records incomplete - likely higher, Accounts receivable over 90 days, Office Furniture, Office Cubicles, Office Equipment, Breach of Contract - Lakeside Alliance, Employee Retention Credit | $4,048,595.39 | $2,520,793.72 |

**Creditor's email address, if known**

_____

**Date debt was incurred**   **06/30/2023**

**Last 4 digits of account number**   **0 5 7 7**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe the lien**

**Business loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $4,048,595.39

Fill in this information to identify the case:

Debtor name     **Glass Management Services, Inc.**

United States Bankruptcy Court for the:

**Northern District of Illinois**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.**   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.**   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1**   **Priority creditor's name and mailing address**

**Arellano, Nicholas R.**

**9231 South Brandon Avenue**

**Chicago, IL 60617**

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?

☑ No

☐ Yes

Total claim: **unknown**    Priority amount: **unknown**

**2.2**   **Priority creditor's name and mailing address**

**Brendel Martinez, Jeremy R.**

**1525 South Sangamon Street 704**

**Chicago, IL 60608**

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?

☑ No

☐ Yes

Total claim: **unknown**    Priority amount: **unknown**

Debtor  **Glass Management Services, Inc.** _____  Case number *(if known)* _____
Name

---

## Part 1:  Additional Page

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | unknown |

**Brogan, Francis X/**

**2703 N. Sacramento, 1st Floor**

**Chicago, IL 60647**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the Claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | unknown |

**Brookhart, Christopher T.**

**559 West Pine Street**

**Griffith, IN 46319**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the Claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | unknown |

**Buntin, Thomas R.**

**2339 Crestview Drive**

**64375**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the Claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

Debtor    **Glass Management Services, Inc.**
_____
Name

Case number *(if known)* _____

---

**Part 1:** Additional Page

---

**2.6** | Priority creditor's name and mailing address

**Cacioppo, Adam**

**697 Seneca Street**

**Volo, IL 60073**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown | unknown

---

**2.7** | Priority creditor's name and mailing address

**City of Chicago**

**Department of Finance**

**Po Box 6330**

**Chicago, IL 60680-6330**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

$140.00 | $140.00

---

**2.8** | Priority creditor's name and mailing address

**Compton, Eugene H.**

**6937 S. Crandon Avenue 2E**

**Chicago, IL 60649**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown | unknown

---

Debtor    **Glass Management Services, Inc.**    Case number *(if known)* _____
Name

---

**Part 1:** Additional Page

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | unknown |
|---|---|---|---|---|

**2.9** Priority creditor's name and mailing address

**Cosentino, Joshua B.**

**2441 West Lexington Street**

**Chicago, IL 60612**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown    unknown

---

**2.10** Priority creditor's name and mailing address

**Cotton III, Vernon E.**

**9424 S. Vanderpool Avenue**

**Chicago, IL 60643**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown    unknown

---

**2.11** Priority creditor's name and mailing address

**Cox, Daniel J.**

**11135 S. Depot Street**

**Worth, IL 60482**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown    unknown

---

Debtor   **Glass Management Services, Inc.**
_____
Name

Case number *(if known)* _____

---

### Part 1: Additional Page

**2.12** Priority creditor's name and mailing address

**Edwards, Alexander**

**3456 White Eagle Drive**

**Naperville, IL 60564**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown | unknown

---

**2.13** Priority creditor's name and mailing address

**Edwards, Leslie**

**3456 White Eagle Drive**

**Naperville, IL 60564**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown | unknown

---

**2.14** Priority creditor's name and mailing address

**Edwards, Richard**

**2248 Terry Lake**

**Broadview, IL 60155**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown | unknown

---

Debtor   **Glass Management Services, Inc.**   Case number *(if known)* _____

Name

---

**Part 1:**  Additional Page

---

**2.15** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,000.00 | unknown
*Check all that apply.*

**Ernest B. Edwards**

**3456 White Eagle Drive**

**Naperville, IL 60564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the Claim:**

**Salary**

_____

Last 4 digits of account

number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(4)**

---

**2.16** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | unknown
*Check all that apply.*

**Fondel, Edward L.**

**6880 Edgebrook Lane**

**Hanover Park, IL 60133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the Claim:**

_____

Last 4 digits of account

number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(4)**

---

**2.17** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | unknown
*Check all that apply.*

**Greene, Augustine**

**8888 Ridge Lane**

**Tinley Park, IL 60487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the Claim:**

_____

Last 4 digits of account

number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(4)**

---

Debtor   **Glass Management Services, Inc.**
Name

Case number *(if known)* _____

---

| **Part 1:** | Additional Page |
| --- | --- |

**2.18** Priority creditor's name and mailing address

**Gucwa, George E.**

**1338 Fairfield Court**

**Naperville, IL 60565**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown      unknown

---

**2.19** Priority creditor's name and mailing address

**Holt, Mark P.**

**3914 213th Place**

**Matteson, IL 60443**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown      unknown

---

**2.20** Priority creditor's name and mailing address

**Hurns, Christopher D.**

**7838 South Avalon Avenue**

**Chicago, IL 60619**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown      unknown

---

Debtor    **Glass Management Services, Inc.**
_____    Case number *(if known)* _____
Name

---

**Part 1:** Additional Page

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | unknown |

**2.21**

Priority creditor's name and mailing address

**Illinois Department of Revenue**

**BANKRUPTCY UNIT**

**Po Box 19035**

**Springfield, IL 62794-9035**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:    **unknown**    **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
   **Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.22**

Priority creditor's name and mailing address

**Illinois Secretary of State**

**501 S 2nd Street**

**Springfield, IL 62756**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:    **$1,254.00**    **$1,254.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.23**

Priority creditor's name and mailing address

**Internal Revenue Service**

**Central Insolvency Function**

**Po Box 7346**

**Philadelphia, PA 19101-7346**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:    **unknown**    **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
   **Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Glass Management Services, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 1: Additional Page

**2.24** Priority creditor's name and mailing address

**Jarka, Matthew E.**

**1115 Shagbark Road**

**New Lenox, IL 60451**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

unknown          unknown

---

**2.25** Priority creditor's name and mailing address

**Keith, Lawrence**

**1144 N. Mayfield Avenue**

**Chicago, IL 60651**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

unknown          unknown

---

**2.26** Priority creditor's name and mailing address

**Llapanji, Roland**

**13301 South Finley Road**

**Lombard, IL 60148**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

unknown          unknown

---

Debtor    **Glass Management Services, Inc.**

Name

Case number *(if known)*

---

## Part 1: Additional Page

**2.27**

**Priority creditor's name and mailing address**

**Mancini, Peter T.**

**47 McKinley Lane**

**Streamwood, IL 60107**

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown        unknown

---

**2.28**

**Priority creditor's name and mailing address**

**Maselbas, Michael C.**

**3711 N. Narragansett Avenue**

**Chicago, IL 60634**

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown        unknown

---

**2.29**

**Priority creditor's name and mailing address**

**Miller, James**

**10005 Spring Dale Drive**

**Spring Grove, IL 60081**

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown        unknown

---

Debtor   **Glass Management Services, Inc.**
Name

Case number *(if known)* _____

---

**Part 1:** Additional Page

---

| **2.30** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | unknown |

**Norrick, Brian R.**

**1448 Woodbury Circle**

**Gurnee, IL 60031**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

---

| **2.31** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | unknown |

**Phillips, Blake O.**

**547 W. 157 Place**

**Chicago Heights, IL 60411**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

---

| **2.32** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | unknown |

**Poremba, Jason J.**

**2658 West Melrose Street**

**Chicago, IL 60618**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Glass Management Services, Inc.**
Name

Case number *(if known)* _____

---

**Part 1:**  Additional Page

---

**2.33**

**Priority creditor's name and mailing address**

**Prochaska, Anton F.**

**38864 N. West Avenue**

**Lake Villa, IL 60046**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown                     unknown

---

**2.34**

**Priority creditor's name and mailing address**

**Quiroz, Noe A.**

**1209 North 16th Avenue**

**Melrose Park, IL 60160**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

**Payroll**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1,213.52                     unknown

---

**2.35**

**Priority creditor's name and mailing address**

**Romo, Jose C.**

**3824 West 121st Place**

**Alsip, IL 60803**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown                     unknown

---

| Debtor | **Glass Management Services, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 1: Additional Page

**2.36** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | unknown | unknown

Rushing, Lendell L.

3705 N. Albany Avenue

Chicago, IL 60618

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.37** | **Priority creditor's name and mailing address** | unknown | unknown

Saladino, Joseph

5042 N. Lockwood Avenue

Chicago, IL 60630

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.38** | **Priority creditor's name and mailing address** | unknown | unknown

Schuch, Christopher R.

9537 S. Kolin Avenue

Oak Lawn, IL 60453

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **Glass Management Services, Inc.**
Name

Case number *(if known)* _____

---

**Part 1:** Additional Page

---

**2.39** Priority creditor's name and mailing address

**Schultz, Nicholas W.**

**24464 South Valley Drive**

**Channahon, IL 60410**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown          unknown

---

**2.40** Priority creditor's name and mailing address

**Schultz, Zachary Q.**

**432 East 2nd Street**

**Lockport, IL 60441**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown          unknown

---

**2.41** Priority creditor's name and mailing address

**Serginia, Joshua L.**

**8214 Howe Road**

**Wonder Lake, IL 60097**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown          unknown

---

Debtor    **Glass Management Services, Inc.**
Name

Case number *(if known)* _____

---

| Part 1: | Additional Page |

---

**2.42** Priority creditor's name and mailing address

**Singletary, Terrance W.**

**21 East 26th Street 5**

**Chicago, IL 60616**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown        unknown

---

**2.43** Priority creditor's name and mailing address

**Tenorio, Jose Luis**

**4830 S. Kildare Avenue**

**Chicago, IL 60632**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown        unknown

---

**2.44** Priority creditor's name and mailing address

**Walker, James F.**

**8918 Letterkenny Drive**

**Tinley Park, IL 60487**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

unknown        unknown

---

Debtor    **Glass Management Services, Inc.**
Name

Case number *(if known)* _____

---

**Part 1:** Additional Page

| 2.45 | | |
|---|---|---|

**Priority creditor's name and mailing address**

Wallace, Tamara C.

2072 Whitehorn Drive

Aurora, IL 60503

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
❑ Yes

unknown          unknown

---

| 2.46 | | |
|---|---|---|

**Priority creditor's name and mailing address**

Wolf, Ariana A.

738 South York Street

Elmhurst, IL 60126

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
❑ Yes

unknown          unknown

---

| Debtor | **Glass Management Services, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

<table>
<tr><td></td><td></td><td style="background:#ccc"><b>Amount of claim</b></td></tr>
<tr>
<td><b>3.1</b> Nonpriority creditor's name and mailing address<br><br><b>1002 E. 87th Street, LLC</b><br><br><b>1002 E. 87th Street</b><br><br><b>Chicago, IL 60619</b><br><br>Date or dates debt was incurred _____<br><br>Last 4 digits of account number __ __ __ __<br>Remarks: Arrearage on rent. LLC owned by principal of Debtor</td>
<td>As of the petition filing date, the claim is:<br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <b>Rent</b><br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes</td>
<td><b>$66,000.00</b></td>
</tr>
<tr>
<td><b>3.2</b> Nonpriority creditor's name and mailing address<br><br><b>1945 Ohio Street LLC</b><br><br><b>1945 Ohio Street</b><br><br><b>Lisle, IL 60532</b><br><br>Date or dates debt was incurred _____<br><br>Last 4 digits of account number __ __ __ __<br>Remarks: LLC owned by principal of Debtor</td>
<td>As of the petition filing date, the claim is:<br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <b>Rent</b><br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes</td>
<td><b>$408,000.00</b></td>
</tr>
<tr>
<td><b>3.3</b> Nonpriority creditor's name and mailing address<br><br><b>AAA Supply Corp.</b><br><br><b>608 Us Highway 41</b><br><br><b>Schererville, IN 46375-1216</b><br><br>Date or dates debt was incurred _____<br><br>Last 4 digits of account number __ __ __ __</td>
<td>As of the petition filing date, the claim is:<br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes</td>
<td><b>$6,257.00</b></td>
</tr>
<tr>
<td><b>3.4</b> Nonpriority creditor's name and mailing address<br><br><b>ABC Locksmith and Security</b><br><br><b>2730 N Halsted St</b><br><br><b>Chicago, IL 60614</b><br><br>Date or dates debt was incurred _____<br><br>Last 4 digits of account number __ __ __ __</td>
<td>As of the petition filing date, the claim is:<br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: <b>contract</b><br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes</td>
<td><b>$298.00</b></td>
</tr>
</table>

Debtor    **Glass Management Services, Inc.**    Case number *(if known)* _____
<br>Name

| Part 2: | Additional Page |
|---|---|

---

**3.5** | Nonpriority creditor's name and mailing address

**Ahern Rentals**

**4027 S Wells St**

**Chicago, IL 60609-2807**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___  ___  ___  ___

As of the petition filing date, the claim is:    $6,196.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address

**Air Rite Heating and Cooling**

**1150 Frontenac Rd**

**Naperville, IL 60563-1749**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___  ___  ___  ___

As of the petition filing date, the claim is:    $600.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address

**Alarm Detection Services**

**1111 Church Rd**

**Aurora, IL 60505**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___  ___  ___  ___

As of the petition filing date, the claim is:    $1,118.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **contract**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address

**All American Glazing and Door**

**3309 W Irving Park Rd,**

**Chicago, IL 60618**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___  ___  ___  ___

As of the petition filing date, the claim is:    $69,642.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **contract**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Glass Management Services, Inc.**                                      Case number *(if known)* _____
_____
Name

---

**Part 2:**    Additional Page

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,084.04 |
|---|---|---|---|

**Allfasterners LLC**

**959 Lake Rd**

**Medina, OH 44256-2453**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  contract

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,350.47 |
|---|---|---|---|

**Allocco Miller & Cahill LLC**

**3409 N Paulina St**

**Chicago, IL 60657**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,438.20 |
|---|---|---|---|

**Allstate Metal Fabricators**

**365 Beinoris Dr**

**Wood Dale, IL 60191-1222**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,438.20 |
|---|---|---|---|

**Allstate Metal Fabricators**

**365 Beinoris Dr**

**Wood Dale, IL 60191-1222**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Glass Management Services, Inc.**

Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,077.76 |
|---|---|---|---|

**Allstate Supplemental Insurance**

**2775 Sanders Rd.**

**Northbrook, IL 60062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,457.00 |
|---|---|---|---|

**Americlad LLC**

**21925 Industrial Blvd**

**Rogers, MN 55374**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,529.00 |
|---|---|---|---|

**ARC Document Solutions**

**1429 W Jeffrey Dr**

**Addison, IL 60101-4331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,529.00 |
|---|---|---|---|

**ARC Document Solutions**

**1429 W Jeffrey Dr**

**Addison, IL 60101-4331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Glass Management Services, Inc.**                                    Case number *(if known)* _____
          <sub>Name</sub>

---

**Part 2:**  Additional Page

| | | |
|---|---|---|
| **3.17** | | |

**3.17** Nonpriority creditor's name and mailing address

**ASI Doors**

**5848 N 95th Ct**

**Milwaukee, WI 53225**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$1,764,821.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

**Assa Abloy Entrance Systems US, Inc.**

**1900 Airport Rd**

**Monroe, NC 28110**

Date or dates debt was incurred    _____

Last 4 digits of account number    3  0  7  8

As of the petition filing date, the claim is:    **$108,010.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

**Atlas Bobcat LLC**

**1160 Mccabe Ave**

**Elk Grove Village, IL 60007**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$1,849.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

**Atlas Crane Service**

**1275 Aurora Ave Lane**

**Aurora, IL 60505**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$61,758.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Glass Management Services, Inc.**

Name

Case number *(if known)*

---

**Part 2:**  Additional Page

| | | |
|---|---|---|
| **3.21** | | |

**3.21**

Nonpriority creditor's name and mailing address

**Axxess Heating & Air Conditioning**

**747 Lake Cook Rd**

**Deerfield, IL 60015**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,675.00

---

**3.22**

Nonpriority creditor's name and mailing address

**Bulldog Cartage**

**401 S Rohlwing Rd**

**Addison, IL 60101-4209**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$25,583.41

---

**3.23**

Nonpriority creditor's name and mailing address

**Castle Metal Products**

**1947 Quincy Ct**

**Glendale Heights, IL 60139**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$43,653.68

---

**3.24**

Nonpriority creditor's name and mailing address

**Central Contractors Service, Inc.**

**4655 137th St**

**Crestwood, IL 60418-1926**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$37,241.53

---

Debtor   **Glass Management Services, Inc.** _____   Case number *(if known)* _____
   Name

---

| **Part 2:** | Additional Page |
|---|---|

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $137,835.00 |
|---|---|---|---|

**Certified Construction Services, Inc.**

6415 N Caldwell Ave,

Chicago, IL 60646

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,838.73 |
|---|---|---|---|

**Chicago Tempered Glass**

2945 N Mozart St,

Chicago, IL 60618

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,060.00 |
|---|---|---|---|

**Circle Metal Specialties, Inc.**

4029 W 123rd St,

Alsip, IL 60803

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52,616.00 |
|---|---|---|---|

**Coastal Construction Products**

3401 Philips Hwy

Jacksonville, FL 32207

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Glass Management Services, Inc.**                          Case number *(if known)* _____
     Name

---

**Part 2:**  Additional Page

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,503.00 |
|---|---|---|---|

**3.29**

Nonpriority creditor's name and mailing address

**Cobra Concrete Cutting Service**

**2416 E Oakton St,**

**Arlington Heights, IL 60005**

As of the petition filing date, the claim is: **$6,503.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.30**

Nonpriority creditor's name and mailing address

**Computer Technology Solutions**

**=**

**200 Belgrade Ave,**

**Mankato, MN 56003**

As of the petition filing date, the claim is: **$5,315.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.31**

Nonpriority creditor's name and mailing address

**CR Laurence**

**Attn: Accounts Receivable**

**PO Box 58923**

**Los Angeles, CA 90058**

As of the petition filing date, the claim is: **$4,023.69**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.32**

Nonpriority creditor's name and mailing address

**CR Laurence**

**Attn: Accounts Receivable**

**PO Box 58923**

**Los Angeles, CA 90058**

As of the petition filing date, the claim is: **$1,379.79**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Glass Management Services, Inc.**    Case number *(if known)* _____
Name

---

**Part 2:**  Additional Page

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,595,125.33 |

Nonpriority creditor's name and mailing address

**Creative Panel Systems**

**1945 Ohio St**

**Lisle, IL 60532-2169**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,595,125.33

---

3.34

Nonpriority creditor's name and mailing address

**Czechmate Lumber Corp**

**103 Gammon Point Ct**

**Mooresville, NC 28117-6040**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,426.00

---

3.35

Nonpriority creditor's name and mailing address

**Dearborn Engineers & Constructors**

**7471 W 93rd St Suite D,**

**Bridgeview, IL 60455**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,420.00

---

3.36

Nonpriority creditor's name and mailing address

**Demechel Systems, Inc.**

**2110 S Douglas Dr,**

**Chandler, AZ 85286**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,450.00

---

Debtor    **Glass Management Services, Inc.**                                              Case number *(if known)* _____
          Name

---

| Part 2: | Additional Page |

---

**3.37** Nonpriority creditor's name and mailing address

**Designed Equipment Corporation**

**1510 Lunt Ave**

**Elk Grove Vlg, IL 60007-5622**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:    $46,183.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address

**Dormakaba USA, Inc**

**=**

**6161 E 75th St**

**Indianapolis, IN 46250**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:    $17,341.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address

**Doyle Signs Inc.**

**232 W. Interstate Road**

**Addison, IL 60101**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:    $270.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address

**ECS Midwest, LLC**

**216 W Jackson Blvd,**

**Chicago, IL 60606**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:    $35,900.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Glass Management Services, Inc.**

Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $740.05 |

**Ferrellgas**

**.**

**4809 W Lake St,**

**Melrose Park, IL 60160**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104.87 |

**GAD Group Technology, Inc.**

**440 W Boughton Rd I**

**Bolingbrook, IL 60440-1892**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |

**Gilco Scaffolding Company, LLC**

**515 Jarvis Ave,**

**Des Plaines, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $377.29 |

**Glass Temp, Inc.**

**10 Davis Drive**

**Bellwood, IL 60104**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** **Vendor**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor **Glass Management Services, Inc.**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.45** Nonpriority creditor's name and mailing address

**Glaziers Local 27**

**Welfare & Pension Fund**

**4225 Lawndale Ave**

**Lyons, IL 60534-1131**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Pension fund**

Is the claim subject to offset?
☑ No
☐ Yes

$73,000.00

---

**3.46** Nonpriority creditor's name and mailing address

**Grainger**

**Dept 886815091**

**Palatine, IL 60038-0001**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$85.54

---

**3.47** Nonpriority creditor's name and mailing address

**Grant Law LLC**

**230 W Monroe St Ste 240**

**Chicago, IL 60606**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$490.00

---

**3.48** Nonpriority creditor's name and mailing address

**Great Lakes Lifting Solutions**

**209 E Corning Ave,**

**Peotone, IL 60468**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$15,685.15

---

| Debtor | **Glass Management Services, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

### 3.49

**Nonpriority creditor's name and mailing address**

**Greco and Sons**

**3348 S Pulaski Rd**

**Chicago, IL 60623**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$6,725.00

---

### 3.50

**Nonpriority creditor's name and mailing address**

**Henderson Fabricating Co., Inc.**

**217 Central Ave**

**Cleveland, OH 44104**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,553.00

---

### 3.51

**Nonpriority creditor's name and mailing address**

**HERC Rentals Corporation**

**6160 N Cicero Ave, Ste 650**

**Chicago, IL 60646**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$16,091.00

---

### 3.52

**Nonpriority creditor's name and mailing address**

**Illini Hi-Reach**

**13633 Main St**

**Lemont, IL 60439**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$6,213.00

---

Debtor    **Glass Management Services, Inc.**

Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.53** | Nonpriority creditor's name and mailing address

**Impact Security**

**4939 Lower Roswell Road 100B**

**Marietta, GA 30068**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$2,316.40

---

**3.54** | Nonpriority creditor's name and mailing address

**Imperial Crane Services, Inc.**

**1349 E Main St,**

**Griffith, IN 46319**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$5,647.50

---

**3.55** | Nonpriority creditor's name and mailing address

**Infiniti of Lisle**

**1550 W Ogden Ave,**

**Naperville, IL 60540**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$600.00

---

**3.56** | Nonpriority creditor's name and mailing address

**Iron Workers Mid America Pension fund**

**2350 E 170th St # L**

**Lansing, IL 60438-1000**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:  **2024 CV 552**

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

---

Debtor    **Glass Management Services, Inc.**                                          Case number *(if known)* _____
Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $236.15
| **JLM Wholesale** | *Check all that apply.*
| | ☐ Contingent
| **3095 Mullins Ct,** | ☐ Unliquidated
| **Oxford, MI 48371** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number __ __ __ __ | ☑ No
| | ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,801.25
| **John Bavone** | *Check all that apply.*
| | ☐ Contingent
| **220 South Catherine Avenu** | ☐ Unliquidated
| **La Grange, IL 60525** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number __ __ __ __ | ☑ No
| | ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,350.00
| **JP Larsen, Inc** | *Check all that apply.*
| | ☐ Contingent
| **5615 W 120th St,** | ☐ Unliquidated
| **Alsip, IL 60803** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number __ __ __ __ | ☑ No
| | ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $54,825.00
| **Kedmont Waterproofing** | *Check all that apply.*
| | ☐ Contingent
| **5428 N Kedzie Ave,** | ☐ Unliquidated
| **Chicago, IL 60625** | ☐ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| Last 4 digits of account number __ __ __ __ | ☑ No
| | ☐ Yes

---

Debtor    **Glass Management Services, Inc.**
Name                                                                    Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

---

**3.61**   Nonpriority creditor's name and mailing address

**Knowles Door Check**

**811 Mill St,**

**Wichita Falls, TX 76301**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$559.98

---

**3.62**   Nonpriority creditor's name and mailing address

**La Force, Inc.**

**1060 West Mason Street**

**Green Bay, WI 54303**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$41,835.00

---

**3.63**   Nonpriority creditor's name and mailing address

**Larson Engineering, Inc.**

**.**

**1488 Bond St**

**Naperville, IL 60563**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$19,002.50

---

**3.64**   Nonpriority creditor's name and mailing address

**Linel, Inc.**

**101 Hancel Pkwy**

**Mooresville, IN 46158**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$16,005.00

---

Debtor    **Glass Management Services, Inc.**                                      Case number *(if known)* _____
_____
Name

| Part 2: | Additional Page |

---

**3.65** Nonpriority creditor's name and mailing address

**Mainstreet**

**330 Charles Street**

**Belleville, MI 48111**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$583.23

---

**3.66** Nonpriority creditor's name and mailing address

**MG Mechanical**

**1513 Lamb Rd,**

**Woodstock, IL 60098**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,782.00

---

**3.67** Nonpriority creditor's name and mailing address

**Mutual Sales Corp.**

**2447 W Belmont Ave**

**Chicago, IL 60618**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$20,104.00

---

**3.68** Nonpriority creditor's name and mailing address

**National Glass Assn**

**1945 Old Gallows Rd Ste 650**

**Vienna, VA 22182**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,815.00

---

| Debtor | **Glass Management Services, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

### Part 2: Additional Page

**3.69** Nonpriority creditor's name and mailing address

**National Glazing Solutions**

**140 Mountain Brook Dr**

**Canton, GA 30115**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,726.02

---

**3.70** Nonpriority creditor's name and mailing address

**New Hudson Facades, LLC**

**815 Columbia Ave,**

**Upper Chicheste, PA 19061**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$547,989.47

---

**3.71** Nonpriority creditor's name and mailing address

**OldCastle Envelope**

**4161 S Morgan St,**

**Chicago, IL 60609**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$93,352.82

---

**3.72** Nonpriority creditor's name and mailing address

**Oldcastle Glass Engineered Pro**

**4161 S Morgan St,**

**Chicago, IL 60609**

Date or dates debt was incurred _____

Last 4 digits of account number  u  n  t  s

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$177,431.00

---

Debtor    **Glass Management Services, Inc.**    Case number *(if known)* _____

Name

---

| Part 2: | Additional Page |

---

**3.73** Nonpriority creditor's name and mailing address

**P & G Engineering**

**11924 S 88th Ave,**

**Palos Park, IL 60464**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$12,893.00

---

**3.74** Nonpriority creditor's name and mailing address

**Pagel USA**

**4290 Shoreline Dr,**

**Spring Park, MN 55384**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,471.00

---

**3.75** Nonpriority creditor's name and mailing address

**Peerless Products, Inc.**

**5544 W Armstrong Ave**

**Chicago, IL 60646**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$49,559.99

---

**3.76** Nonpriority creditor's name and mailing address

**Prime Scaffolding**

**1220 N Ellis St,**

**Bensenville, IL 60106**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$17,210.00

---

Debtor    **Glass Management Services, Inc.**                                      Case number *(if known)* _____

___Name___

---

**Part 2:** Additional Page

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$19,900.00**
*Check all that apply.*

**Quast Consulting and Testing**

☐ Contingent

**1055 Indianhead Dr,**

☐ Unliquidated

**Mosinee, WI 54455**

☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred          _____

Is the claim subject to offset?

☑ No

Last 4 digits of account number     ___ ___ ___ ___

☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,909.00**
*Check all that apply.*

**Rainbow Irrigation**

☐ Contingent

**and Backflow Prevention**

☐ Unliquidated

**300 N River Rd**

☑ Disputed

**Fox River Grove, IL 60021**

Basis for the claim:   **Services**

Date or dates debt was incurred          _____

Is the claim subject to offset?

☑ No

Last 4 digits of account number     ___ ___ ___ ___

☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$29,851.20**
*Check all that apply.*

**Ralph H Simpson Company**

☐ Contingent

**733 N Industrial Dr**

☐ Unliquidated

**Elmhurst, IL 60126**

☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred          _____

Is the claim subject to offset?

☑ No

Last 4 digits of account number     ___ ___ ___ ___

☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$89,142.61**
*Check all that apply.*

**Reed Construction Corp.**

☐ Contingent

**600 W Jackson Blvd, Ste 500**

☐ Unliquidated

**Chicago, IL 60661**

☑ Disputed

Basis for the claim:   **Services**

Date or dates debt was incurred          _____

Is the claim subject to offset?

☑ No

Last 4 digits of account number     ___ ___ ___ ___

☐ Yes

---

Debtor   **Glass Management Services, Inc.**                                  Case number *(if known)* _____
   Name

---

**Part 2:**   Additional Page

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,352.91 |

**Rennaissance Construction Fasteners**

**2740 Washington Blvd,**

**Bellwood, IL 60104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,400.00 |

**Rice Engineering**

**105 School Creek Trl**

**Luxemburg, WI 54217-1095**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $652.21 |

**Ring Central**

**20 Davis Drive**

**Belmont, CA 94002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Vendor**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29,551.50 |

**RP Rents LLC**

**725 Kimberly Dr**

**Carol Stream, IL 60188**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor   **Glass Management Services, Inc.**
_____   Case number *(if known)* _____
Name

---

| Part 2: | Additional Page |

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,371.07 |
|---|---|---|---|

**S & S Panel Sales**

**2351 Brickvale Dr,**

**Elk Grove Village, IL 60007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,282.22 |
|---|---|---|---|

**Seclock**

**P.O. Box 847469**

**Boston, MA 02284-7569**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**Sheet Metal Workers Intl Local 73**

**Raymond Suggs**

**4550 Roosevelt Road**

**Hillside, IL 60162**

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **2023 CV 3472**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,278.94 |
|---|---|---|---|

**Sky Climber Access Solutions**

**1600 Pittsburgh Drive**

**Delaware, OH 43015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Vendor**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

Debtor    **Glass Management Services, Inc.**
Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |

---

**3.89** Nonpriority creditor's name and mailing address

**SMART Local 265 Welfare Fund**

Carol Stream, IL 60188

205 Alexandra Way

Carol Stream, IL 60188-2080

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **2023 CV 4519**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.90** Nonpriority creditor's name and mailing address

**Smartsheet, Inc**

Bellevue, WA 98004

500 108th Ave Ne Ste 200

Bellevue, WA 98004-5555

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,905.00

---

**3.91** Nonpriority creditor's name and mailing address

**Stanley Access Technologies**

925 N State St,

Elgin, IL 60123

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$278,433.90

---

**3.92** Nonpriority creditor's name and mailing address

**Stevenson Crane Service, Inc.**

410 Stevenson Drive

Bolingbrook, IL 60440

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$126,956.00

---

| | |
|---|---|
| Debtor | **Glass Management Services, Inc.** |
| | Name |

Case number *(if known)* _____

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,409.00 |
|---|---|---|---|

**Suburban Elevator**

**130 Prairie Lake Rd Ste D**

**East Dundee, IL 60118-9130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,974.00 |
|---|---|---|---|

**Swift Saw and Tool Supply**

**1200 W. 171st St.**

**Hazel Crest, IL 60429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,318,747.39 |
|---|---|---|---|

**Teamsters Cent. States**

**Dept 10291**

**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Business debt**

Date or dates debt was incurred __09/13/2018__

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**Remarks:** Withdrawal Underfunded Pension Liability

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Teamsters Local 781**

**747 Church Road, Bldg D**

**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor  **Glass Management Services, Inc.**
_____   Case number *(if known)* _____
Name

| **Part 2:** | Additional Page |

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $32,981.00
*Check all that apply.*

**The Lee Quigley Company**

**5301 W 65th St Unit D**

**Chicago, IL 60638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,654.00
*Check all that apply.*

**TK Elevator Company**

**3100 Interstate North Cir SE Suite 500**

**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,240.00
*Check all that apply.*

**Torstenson Glass Company**

**3233 N Sheffield Ave**

**Chicago, IL 60657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,316.28
*Check all that apply.*

**Tubelite**

**=**

**3056 Walker Ridge Dr Nw Ste G**

**Walker, MI 49544-9133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor   **Glass Management Services, Inc.**
　　　Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

| | |
|---|---|
| **3.101** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $2,694.97 |

**3.101** **Nonpriority creditor's name and mailing address**

**Turek & Sons**

**1333 S Jefferson St,**

**Chicago, IL 60607**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**   $2,694.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.102** **Nonpriority creditor's name and mailing address**

**Uline**

**PO Box 88741**

**Chicago, IL 60680-1741**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**   $5,293.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.103** **Nonpriority creditor's name and mailing address**

**United Rentals**

**3233 W 36th St,**

**Chicago, IL 60632**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**   $78,716.87
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.104** **Nonpriority creditor's name and mailing address**

**Vetrotech Saint Gobain**

**61 bd 32e Rgt D'Infanterie**

**Condren - France, 02700**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**   $455.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Glass Management Services, Inc.**
Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,005.38**

**Viracon**

**800 Park Dr,**

**Owatonna, MN 55060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$933.04**

**Welding Industrial Supply Company**

**2200 N Western Ave, C**

**Chicago, IL 60647**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,315.00**

**Western DuPage Landscaping**

**31W478 Diehl Rd**

**Naperville, IL 60563**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$19,863.69**

**Williams Scotsman, Inc.**

**8211 Town Center Dr**

**Nottingham, MD 21236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor  **Glass Management Services, Inc.** _____  Case number *(if known)* _____

Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Arnold and Kadjan, LLP** <br> **Grant R. Piechocinski, Esq.** <br> **35 E Wacker Drive, Ste 600** <br> **Chicago, IL 60601** | Line **3.45** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2 **Laurie & Brennan LLP** <br> **Brendan J. Witry, Esq.** <br> **2 North Riverside Plaza** <br> **Chicago, IL 60606** | Line **3.18** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3 **Much Shelist, P.C.** <br> **Sean Wagner** <br> **191 N Wacker Drive, Ste 1800** <br> **Chicago, IL 60606** | Line **3.80** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4 **Riley Safer Holmes & Cancila** <br> **LaVon M. Johns** <br> **70 W Madison Street, Ste 2900** <br> **Chicago, IL 60602** | Line **3.80** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5 **Shriver, O'Neill & Thompson** <br> **James C. Thompson, Esq.** <br> **515 N Court St** <br> **Rockford, IL 61103-6807** | Line **3.78** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6 **Spilotro Law Group, LLC** <br> **6160 N Cicero Ave #650** <br> **Chicago, IL 60646** | Line **3.51** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    **Glass Management Services, Inc.**
_____    Case number *(if known)* _____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $12,607.52 |
| 5b. | **Total claims from Part 2** | 5b. + | $7,928,241.71 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $7,940,849.23 |

Fill in this information to identify the case:

Debtor name **Glass Management Services, Inc.**

United States Bankruptcy Court for the:

**Northern District of Illinois**

Case number (if known): _____ Chapter **11**

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.   Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.  List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 1945 Ohio Street, Lisle** | **1945 Ohio Street LLC** |
| | | **Contract to be ASSUMED** | **1945 Ohio St** |
| | State the term remaining | **0 months** | **Lisle, IL 60532-2169** |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Park District of Oak Park** | **Bulley & Andrews LLC** |
| | | | **1755 W Armitage AVe** |
| | State the term remaining | | **Chicago, IL 60622** |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **CTA Non Revenue Rail** | **Clark Construction Group - Chicago LLC** |
| | | | **216 S Jefferson St Suite 402** |
| | State the term remaining | | **Chicago, IL 60661** |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **CMR O'Hare T5 Parking Garage** | **Crown Corr, Inc.** |
| | | **Contract to be ASSUMED** | **7100 W 21st Ave** |
| | State the term remaining | | **Gary, IN 46407** |
| | List the contract number of any government contract | | |

| Debtor | **Glass Management Services, Inc.** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest **leases of all leased vehicles in Schedule B** **Contract to be ASSUMED** | **Enterprise Fleet Management** **29 Hunter Ave** **Saint Louis, MO 63124-2008** |
| | State the term remaining **0 months** | |
| | List the contract number of any government contract | |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest **CPS - Morgan Park/Beverly Pre-K** | **Fiedler Construction** **1001 N. Milwaukee Ave Suite 402** **Chicago, IL 60642** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest **Labor Contract** | **Glazier Union Local 27** |
| | State the term remaining **0 months** | **4225 Lawndale Ave** |
| | List the contract number of any government contract | **Lyons, IL 60534-1131** |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest **CTA 147th and Sibley** | **IHC Construction Companies, LLC** **385 Airport Road Suite 100** **Elgin, IL 60123** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest **CTA - Barry-Damen** | **John Burns Construction Co** **1750 W Fulton St,** **Chicago, IL 60612** |
| | State the term remaining **0 months** | |
| | List the contract number of any government contract | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest **Obama Presidential Center - Curtain Wall** **Contract to be ASSUMED** | **Lakeside Alliance** **6001-6121 S Stoney Island Ave** **Chicago, IL 60637** |
| | State the term remaining **0 months** | |
| | List the contract number of any government contract | |

Debtor   **Glass Management Services, Inc.**

Name

Case number *(if known)*

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.11** State what the contract or lease is for and the nature of the debtor's interest — **Sherwin Williams R&D** | **National Enclosure Company** |
| | **5075 Carpenter Rd,** |
| State the term remaining — **0 months** | **Ypsilanti, MI 48197** |
| List the contract number of any government contract | |
| **2.12** State what the contract or lease is for and the nature of the debtor's interest — **Labor** | **Ornamental Ironworkers Local 63** |
| | **2205 Enterprise Dr Ste #502,** |
| State the term remaining — **0 months** | **Westchester, IL 60154** |
| List the contract number of any government contract | |
| **2.13** State what the contract or lease is for and the nature of the debtor's interest — **CPS North Center Pre-K** | **Path Construction Co** |
| | **125 E Algonquin Rd** |
| State the term remaining — **0 months** | **Arlington Heights, IL 60005** |
| List the contract number of any government contract | |
| **2.14** State what the contract or lease is for and the nature of the debtor's interest — **Discover PH II Exterior** | **Reed Consruction** |
| | **600 W Jackson Blvd 8th Floor** |
| State the term remaining — **0 months** | **Chicago, IL 60661** |
| List the contract number of any government contract | |
| **2.15** State what the contract or lease is for and the nature of the debtor's interest — **Labor contract** | **Sheet Metal Local 265** |
| | **, Carol Stream, IL** |
| State the term remaining — **0 months** | **205 Alexandra Way** |
| List the contract number of any government contract | **Carol Stream, IL 60118** |
| **2.16** State what the contract or lease is for and the nature of the debtor's interest — **Ridge Park Field House** | **The George Sollitt Consruction Co** |
| | **185 Hansen Court Suite 100** |
| State the term remaining — **0 months** | **Wood Dale, IL 60191** |
| List the contract number of any government contract | |

Debtor   **Glass Management Services, Inc.**          Case number *(if known)*
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.17**

State what the contract or lease is for and the nature of the debtor's interest: **CTA Red and Purple Modernization Phase 1**

State the term remaining: **0 months**

List the contract number of any government contract:

**Walsh Fluor Design Build Team**
**929 W Adams St**
**Chicago, IL 60607-3021**

**2.18**

State what the contract or lease is for and the nature of the debtor's interest: **RPM Phase One (Vertical Glazing)**

State the term remaining: **0 months**

List the contract number of any government contract:

**Walsh Fluor Design Build Team**
**929 W Adams St**
**Chicago, IL 60607-3021**

**Fill in this information to identify the case:**

Debtor name **Glass Management Services, Inc.**

United States Bankruptcy Court for the: **Northern** District of **Illinois**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.   Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.   In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.1 | **Ernest B. Edwards** | **3456 White Eagle Drive** <br> Street <br><br> **Naperville, IL 60564** <br> City    State    ZIP Code | **Old National Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor   **Glass Management Services, Inc.**
         Name

Case number (if known) _____

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.6 _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

Fill in this information to identify the case:

Debtor name **Glass Management Services, Inc.**

United States Bankruptcy Court for the:

**Northern District of Illinois**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real Property:**

    Copy line 88 from *Schedule A/B*.................................................................................... | **$0.00**

    1b. **Total personal property:**

    Copy line 91A from *Schedule A/B*................................................................................. | **$3,029,997.72**

    1c. **Total of all property:**

    Copy line 92 from *Schedule A/B*.................................................................................... | **$3,029,997.72**

**Part 2:** Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................ | **$4,048,595.39**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................... | **$12,607.52**

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................... | **+   $7,928,241.71**

4. Total liabilities............................................................................................................ | **$11,989,444.62**

    Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name **Glass Management Services, Inc.**

United States Bankruptcy Court for the:

**Northern District of Illinois**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$7,000,000.00** |
| **For prior year:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$14,371,488.00** |
| **For the year before that:** From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$19,746,348.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br><br> Creditor's name <br><br> _____ <br><br> Street <br><br> _____ <br><br> City          State    ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br><br> Creditor's name <br><br> _____ <br><br> Street <br><br> _____ <br><br> City          State    ZIP Code <br><br> **Relationship to debtor** <br><br> _____ | _____ <br><br> _____ <br><br> _____ | _____ | _____ <br><br> _____ <br><br> _____ |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor    **Glass Management Services, Inc.**

Name                                                          Case number *(if known)*

5.1.

Creditor's name

Street

City                    State      ZIP Code

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. | | | |
| Creditor's name | XXXX– __ __ __ __ | | |
| Street | | | |
| City           State    ZIP Code | | | |

---

**Part 3:    Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Assa Abloy Entrance Systems US Inc. vs Glass Managements Services, Inc. et al** | **Collection** | **Circuit Court of Cook County**<br>Name<br>**50 W Washington St**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**2023L013078** | | **Chicago, IL 60602**<br>City              State    ZIP Code | |
| 7.2. | **Trustees of the Glaziers, Architectural Metal & Glass Workers Local #27 vs Glass Management Services Inc** | **Collection** | **United States District Court, Northern District of Illinois**<br>Name<br>**219 S. Dearborn Street**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**24CV4595** | | **Chicago, IL 60604**<br>City              State    ZIP Code | |

Debtor  **Glass Management Services, Inc.**                                    Case number *(if known)* _____
     Name

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Herc Rentals Inc. vs Glass Management services Inc** | **Breach of Contract** | **Circuit Court of Cook County** <br> Name <br> **50 W Washington St** <br> Street <br><br> **Chicago, IL 60602-1305** <br> City     State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br><br> **20241117524** | | | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **LaForce LLC vs Glass Management Services, Inc** | **Collection** | **Circuit Court of Cook County** <br> Name <br> **50 W Washington St** <br> Street <br><br> **Chicago, IL 60602-1305** <br> City     State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** <br><br> **23M1122430** | | | |

| 7.5. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Iron Workers Mid America Pension Plan v. Glass Management Services, Inc.** | | **United States District Court, Northern District of Illinois** <br> Name <br> **219 S. Dearborn Street** <br> Street <br><br> **Chicago, IL 60604** <br> City     State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br><br> **2024 CV 552** | | | |

| 7.6. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Sheet Metal Workers International Assoc Local 73 v. Glass Management Services, Inc.** | | **United States District Court, Northern District of Illinois** <br> Name <br> **219 S. Dearborn Street** <br> Street <br><br> **Chicago, IL 60604** <br> City     State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br><br> **2023 CV 3472** | | | |

| 7.7. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **SMART Local 265 Welfare Fund v. Glass Management SErvices, Inc** | | **United States District Court, Northern District of Illinois** <br> Name <br> **219 S. Dearborn Street** <br> Street <br><br> **Chicago, IL 60604** <br> City     State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br><br> **2023 CV 3472** | | | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor    **Glass Management Services, Inc.**    Case number *(if known)* _____

Name _____

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | _____ |
| Custodian's name | | |
| _____ | **Case title** | **Court name and address** |
| Street | _____ | Name |
| _____ | | _____ |
| | **Case number** | Street |
| City    State    ZIP Code | _____ | _____ |
| | **Date of order or assignment** | City    State    ZIP Code |
| | _____ | |

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.**   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Recipient's name | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City    State    ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

| Part 5: | Certain Losses |
|---|---|

**10.**   All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| **10.1.**  _____ | _____ | _____ | _____ |

---

| Part 6: | Certain Payments or Transfers |
|---|---|

**11.   Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Debtor   **Glass Management Services, Inc.**   Case number *(if known)*

Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Leibowitz, Hiltz & Zanzig, LLC** | **Attorney's Fee and costs** | **6/19/2024** | **$16,738.00** |

Address

**53 W Jackson Blvd Ste 1301**
Street

**Chicago, IL 60604-3552**
City                State    ZIP Code

Email or website address

**dleibowitz@lakelaw.com**

Who made the payment, if not debtor?

**Ernest Edwards, Debtor's Sole Shareholder as to $15,000; Debtor as to $7,500**

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Leibowitz Hiltz & Zanzig** | **Additional Retainer** | **9/6/2024** | **$7,500.00** |

Address

Street

City                State    ZIP Code

Email or website address

Who made the payment, if not debtor?

**Glass Management Services, Inc.**

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |

Debtor   **Glass Management Services, Inc.**                      Case number *(if known)*
         Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

_____
Street

_____

_____
City                State    ZIP Code

**Relationship to debtor**

_____

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | **1000 E 87th Street** | From **12/2014** To **7/2022** |
| | Street | |
| | | |
| | **Chicago, IL 60619** | |
| | City        State    ZIP Code | |

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor    **Glass Management Services, Inc.**                                    Case number *(if known)*
            Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____          _____          _____

      Facility name

      _____

      Street                                **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.    **How are records kept?**

      _____
      City              State    ZIP Code                                                                        *Check all that apply:*

                                            _____          ☐ Electronically

                                                                                  ☐ Paper

---

**Part 9:    Personally Identifiable Information**

**16.   Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

        Does the debtor have a privacy policy about that information?

        ☐ No

        ☐ Yes

**17.   Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

        ☐ No. Go to Part 10.

        ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|

        _____          EIN: _ _ – _ _ _ _ _ _ _

        Has the plan been terminated?

        ☐ No

        ☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18.   Closed financial accounts**

      Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
      Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ | XXXX– _ _ _ _ | ☐ Checking | _____ | _____ |
| Name | | ☐ Savings | | |
| _____ | | ☐ Money market | | |
| Street | | ☐ Brokerage | | |
| _____ | | ☐ Other | | |
| _____ | | | | |
| City        State    ZIP Code | | _____ | | |

Debtor    **Glass Management Services, Inc.**                                    Case number *(if known)*_____

Name

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State    ZIP Code | | | |

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State    ZIP Code | | | |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City          State    ZIP Code | | | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- ■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- ■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor  **Glass Management Services, Inc.**                     Case number *(if known)* _____

Name

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name _____ | _____ | ☐ On appeal |
| _____ | Street _____ | _____ | ☐ Concluded |
| | _____ | _____ | |
| | City        State    ZIP Code | _____ | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name _____ | Name _____ | _____ | |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City        State    ZIP Code | City        State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name _____ | Name _____ | _____ | |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City        State    ZIP Code | City        State    ZIP Code | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor   **Glass Management Services, Inc.**                    Case number *(if known)* _____

Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.<br><br>Name<br><br>Street<br><br><br>City          State     ZIP Code | | EIN: _ _ – _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____  To _____ |

## 26. Books, records, and financial statements

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  **Joseph Apor**<br>Name<br>**1945 Ohio Street**<br>Street<br><br><br>**Lisle, IL 60532**<br>City          State        ZIP Code | From _____  To _____ |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.<br><br>Name<br><br>Street<br><br><br>City          State        ZIP Code | From _____  To _____ |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.<br><br>Name<br><br>Street<br><br><br>City          State        ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Name

| Name and address |
| --- |

26d.1. **Old National Bank**
Name

**PO Box 3789**
Street

_____

**Evansville, IN 47736-3789**
City                    State                ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | |

| Name and address of the person who has possession of inventory records |
| --- |

27.1. _____
Name

_____
Street

_____

_____
City                    State                ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Edwards Jr., Ernest B.** | **3456 White Eagle Dr Naperville, IL 60564-4621** | **President, Sole Stockholder** | **100.00%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| | | , | From _____ <br> To _____ |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

Debtor   **Glass Management Services, Inc.**                                    Case number *(if known)* _____
         Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1. _____     _____   _____   _____

    Name

    Street

    _____

    City                    State      ZIP Code

    **Relationship to debtor**

    _____

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __09/04/2024__
           MM/ DD/ YYYY

**X /s/ Ernest B. Edwards**_____     Printed name   **Ernest B. Edwards**_____
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor   **President**_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207)** attached?

☑ No

☐ Yes

Fill in this information to identify the case:

Debtor name **Glass Management Services, Inc.**

United States Bankruptcy Court for the:

**Northern District of Illinois**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  ASI Doors 5848 N 95th Ct Milwaukee, WI 53225 | | | | | | $1,764,821.00 |
| 2  Creative Panel Systems 1945 Ohio St Lisle, IL 60532-2169 | | | | | | $1,595,125.33 |
| 3  Old National Bank PO Box 3789 Evansville, IN 47736-3789 | | Business loan | | $4,048,595.39 | $2,520,793.72 | $1,527,801.67 |
| 4  Teamsters Cent. States Dept 10291 Palatine, IL 60055 | | Business debt | Disputed | | | $1,318,747.39 |
| 5  New Hudson Facades, LLC 815 Columbia Ave, Upper Chicheste, PA 19061 | | | | | | $547,989.47 |
| 6  1945 Ohio Street LLC 1945 Ohio Street Lisle, IL 60532 | | Rent | | | | $408,000.00 |
| 7  Stanley Access Technologies 925 N State St, Elgin, IL 60123 | | | | | | $278,433.90 |
| 8  Oldcastle Glass Engineered Pro 4161 S Morgan St, Chicago, IL 60609 | | | | | | $177,431.00 |

Debtor    **Glass Management Services, Inc.**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9   Certified Construction Services, Inc. 6415 N Caldwell Ave, Chicago, IL 60646 | | | | | | $137,835.00 |
| 10   Stevenson Crane Service, Inc. 410 Stevenson Drive Bolingbrook, IL 60440 | | | | | | $126,956.00 |
| 11   Assa Abloy Entrance Systems US, Inc. 1900 Airport Rd Monroe, NC 28110 | | Business debt | Disputed | | | $108,010.00 |
| 12   OldCastle Envelope 4161 S Morgan St, Chicago, IL 60609 | | | | | | $93,352.82 |
| 13   Reed Construction Corp. 600 W Jackson Blvd, Ste 500 Chicago, IL 60661 | | Services | Disputed | | | $89,142.61 |
| 14   United Rentals 3233 W 36th St, Chicago, IL 60632 | | | | | | $78,716.87 |
| 15   Glaziers Local 27 Welfare & Pension Fund 4225 Lawndale Ave Lyons, IL 60534-1131 | | Pension fund | Disputed | | | $73,000.00 |
| 16   All American Glazing and Door 3309 W Irving Park Rd, Chicago, IL 60618 | | contract | | | | $69,642.00 |
| 17   1002 E. 87th Street, LLC 1002 E. 87th Street Chicago, IL 60619 | | Rent | | | | $66,000.00 |
| 18   Atlas Crane Service 1275 Aurora Ave Lane Aurora, IL 60505 | | | | | | $61,758.00 |
| 19   Kedmont Waterproofing 5428 N Kedzie Ave, Chicago, IL 60625 | | | | | | $54,825.00 |
| 20   Coastal Construction Products 3401 Philips Hwy Jacksonville, FL 32207 | | | | | | $52,616.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

**In re**   Glass Management Services, Inc.

Case No. _____

**Debtor**

Chapter _____ **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ **FLAT FEE**

For legal services, I have agreed to accept ......................................................................   **$1,718.00**

Prior to the filing of this statement I have received ......................................................   **$22,500.00**

Balance Due ..............................................................................................   **($20,782.00)**

☐ **RETAINER**

For legal services, I have agreed to accept and received a retainer of ..................................   _____

The undersigned shall bill against the retainer at an hourly rate of ........................................   _____
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   _____**$1,738.00**_____ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

☐ Debtor      ☑ Other (specify)   **Ernest Edwards, Debtor's Sole Shareholder as to $15,000; Debtor as to $7,500**

4.   The source of compensation to be paid to me is:

☑ Debtor      ☐ Other (specify)

5.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

B2030 (Form 2030) (12/15)

    b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Note: of this $22,500 retainer, $13,680 has been applied prior to filing for pre-petition services and an additional $1738 is being applied to the cost for filing the Petition

**See Attachment**

<table>
<tr><td>

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| __09/04/2024__ | __/s/ David P Leibowitz__ |
|---|---|
| *Date* | David P Leibowitz |
| | *Signature of Attorney* |

Bar Number: 1612271
Leibowitz, Hiltz & Zanzig, LLC
53 W Jackson Blvd Ste 1301
Chicago, IL 60604-3552
Phone: (312) 566-9008

__Leibowitz, Hiltz & Zanzig, LLC__
*Name of law firm*
</td></tr>
</table>

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION (EASTERN)**

IN RE: **Glass Management Services, Inc.**                    CASE NO

                                                             CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date   **09/04/2024**   Signature                  **/s/ Ernest B. Edwards**

                                                     Ernest B. Edwards, President

1002 E. 87th Street, LLC
1002 E. 87th Street
Chicago, IL 60619


1945 Ohio Street LLC
1945 Ohio Street
Lisle, IL 60532


1945 Ohio Street LLC
1945 Ohio St
Lisle, IL 60532-2169


AAA Supply Corp.
608 Us Highway 41
Schererville, IN 46375-1216


ABC Locksmith and Security
2730 N Halsted St
Chicago, IL 60614


Ahern Rentals
4027 S Wells St
Chicago, IL 60609-2807


Air Rite Heating and Cooling
1150 Frontenac Rd
Naperville, IL 60563-1749


Alarm Detection Services
1111 Church Rd
Aurora, IL 60505

All American Glazing and Door
3309 W Irving Park Rd,
Chicago, IL 60618

Allfasterners LLC
959 Lake Rd
Medina, OH 44256-2453

Allocco Miller & Cahill LLC
3409 N Paulina St
Chicago, IL 60657

Allstate Metal Fabricators
365 Beinoris Dr
Wood Dale, IL 60191-1222

Allstate Supplemental
Insurance
2775 Sanders Rd.
Northbrook, IL 60062

Americlad LLC
21925 Industrial Blvd
Rogers, MN 55374

ARC Document Solutions
1429 W Jeffrey Dr
Addison, IL 60101-4331

Arellano, Nicholas R.
9231 South Brandon Avenue
Chicago, IL 60617

Arnold and Kadjan, LLP
Grant R. Piechocinski, Esq.
35 E Wacker Drive, Ste 600
Chicago, IL 60601

ASI Doors
5848 N 95th Ct
Milwaukee, WI 53225

Assa Abloy Entrance Systems
US, Inc.
1900 Airport Rd
Monroe, NC 28110

Atlas Bobcat LLC
1160 Mccabe Ave
Elk Grove Village, IL 60007

Atlas Crane Service
1275 Aurora Ave Lane
Aurora, IL 60505

Axxess Heating & Air
Conditioning
747 Lake Cook Rd
Deerfield, IL 60015

Brendel Martinez, Jeremy R.
1525 South Sangamon Street 704
Chicago, IL 60608

Brogan, Francis X/
2703 N. Sacramento, 1st Floor
Chicago, IL 60647

Brookhart, Christopher T.
559 West Pine Street
Griffith, IN 46319

Bulldog Cartage
401 S Rohlwing Rd
Addison, IL 60101-4209

Bulley & Andrews LLC
1755 W Armitage AVe
Chicago, IL 60622

Buntin, Thomas R.
2339 Crestview Drive
64375

Cacioppo, Adam
697 Seneca Street
Volo, IL 60073

Castle Metal Products
1947 Quincy Ct
Glendale Heights, IL 60139

Central Contractors Service,
Inc.
4655 137th St
Crestwood, IL 60418-1926

Certified Construction
Services, Inc.
6415 N Caldwell Ave,
Chicago, IL 60646

Chicago Tempered Glass
2945 N Mozart St,
Chicago, IL 60618

Circle Metal Specialties, Inc.
4029 W 123rd St,
Alsip, IL 60803

City of Chicago
Department of Finance
Po Box 6330
Chicago, IL 60680-6330

Clark Construction Group -
Chicago LLC
216 S Jefferson St Suite 402
Chicago, IL 60661

Coastal Construction Products
3401 Philips Hwy
Jacksonville, FL 32207

Cobra Concrete Cutting
Service
2416 E Oakton St,
Arlington Heights, IL 60005

Compton, Eugene H.
6937 S. Crandon Avenue 2E
Chicago, IL 60649

Computer Technology
Solutions
=
200 Belgrade Ave,
Mankato, MN 56003

Cosentino, Joshua B.
2441 West Lexington Street
Chicago, IL 60612

Cotton III, Vernon E.
9424 S. Vanderpool Avenue
Chicago, IL 60643

Cox, Daniel J.
11135 S. Depot Street
Worth, IL 60482

CR Laurence
Attn: Accounts Receivable
PO Box 58923
Los Angeles, CA 90058

Creative Panel Systems
1945 Ohio St
Lisle, IL 60532-2169

Crown Corr, Inc.
7100 W 21st Ave
Gary, IN 46407

Czechmate Lumber Corp
103 Gammon Point Ct
Mooresville, NC 28117-6040

Dearborn Engineers &
Constructors
7471 W 93rd St Suite D,
Bridgeview, IL 60455

Demechel Systems, Inc.
2110 S Douglas Dr,
Chandler, AZ 85286

Designed Equipment
Corporation
1510 Lunt Ave
Elk Grove Vlg, IL 60007-5622

Dormakaba USA, Inc
=
6161 E 75th St
Indianapolis, IN 46250

Doyle Signs Inc.
232 W. Interstate Road
Addison, IL 60101

ECS Midwest, LLC
216 W Jackson Blvd,
Chicago, IL 60606

Edwards, Alexander
3456 White Eagle Drive
Naperville, IL 60564

Edwards, Leslie
3456 White Eagle Drive
Naperville, IL 60564

Edwards, Richard
2248 Terry Lake
Broadview, IL 60155

Enterprise Fleet Management
29 Hunter Ave
Saint Louis, MO 63124-2008


Ernest B. Edwards
3456 White Eagle Drive
Naperville, IL 60564


Ferrellgas
.
4809 W Lake St,
Melrose Park, IL 60160


Fiedler Construction
1001 N. Milwaukee Ave Suite 402
Chicago, IL 60642


Fondel, Edward L.
6880 Edgebrook Lane
Hanover Park, IL 60133


GAD Group Technology, Inc.
440 W Boughton Rd I
Bolingbrook, IL 60440-1892


Gilco Scaffolding Company,
LLC
515 Jarvis Ave,
Des Plaines, IL 60018


Glass Temp, Inc.
10 Davis Drive
Bellwood, IL 60104

Glazier Union Local 27
4225 Lawndale Ave
Lyons, IL 60534-1131

Glaziers Local 27
Welfare & Pension Fund
4225 Lawndale Ave
Lyons, IL 60534-1131

Grainger
Dept 886815091
Palatine, IL 60038-0001

Grant Law LLC
230 W Monroe St Ste 240
Chicago, IL 60606

Great Lakes Lifting Solutions
209 E Corning Ave,
Peotone, IL 60468

Greco and Sons
3348 S Pulaski Rd
Chicago, IL 60623

Greene, Augustine
8888 Ridge Lane
Tinley Park, IL 60487

Gucwa, George E.
1338 Fairfield Court
Naperville, IL 60565

Henderson Fabricating Co.,
Inc.
217 Central Ave
Cleveland, OH 44104


HERC Rentals Corporation
6160 N Cicero Ave, Ste 650
Chicago, IL 60646


Holt, Mark P.
3914 213th Place
Matteson, IL 60443


Hurns, Christopher D.
7838 South Avalon Avenue
Chicago, IL 60619


IHC Construction Companies,
LLC
385 Airport Road Suite 100
Elgin, IL 60123


Illini Hi-Reach
13633 Main St
Lemont, IL 60439


Illinois Department of
Revenue
BANKRUPTCY UNIT
Po Box 19035
Springfield, IL 62794-9035

Illinois Secretary of State
501 S 2nd Street
Springfield, IL 62756

Impact Security
4939 Lower Roswell Road 100B
Marietta, GA 30068

Imperial Crane Services, Inc.
1349 E Main St,
Griffith, IN 46319

Infiniti of Lisle
1550 W Ogden Ave,
Naperville, IL 60540

Internal Revenue Service
Central Insolvency Function
Po Box 7346
Philadelphia, PA 19101-7346

Iron Workers Mid America
Pension fund
2350 E 170th St # L
Lansing, IL 60438-1000

Jarka, Matthew E.
1115 Shagbark Road
New Lenox, IL 60451

JLM Wholesale
3095 Mullins Ct,
Oxford, MI 48371

John Bavone
220 South Catherine Avenu
La Grange, IL 60525

John Burns Construction Co
1750 W Fulton St,
Chicago, IL 60612

JP Larsen, Inc
5615 W 120th St,
Alsip, IL 60803

Kedmont Waterproofing
5428 N Kedzie Ave,
Chicago, IL 60625

Keith, Lawrence
1144 N. Mayfield Avenue
Chicago, IL 60651

Knowles Door Check
811 Mill St,
Wichita Falls, TX 76301

La Force, Inc.
1060 West Mason Street
Green Bay, WI 54303

Lakeside Alliance
6001-6121 S Stoney Island Ave
Chicago, IL 60637

Larson Engineering, Inc.
.
1488 Bond St
Naperville, IL 60563

Laurie & Brennan LLP
Brendan J. Witry, Esq.
2 North Riverside Plaza
Chicago, IL 60606


Linel, Inc.
101 Hancel Pkwy
Mooresville, IN 46158


Llapanji, Roland
13301 South Finley Road
Lombard, IL 60148


Mainstreet
330 Charles Street
Belleville, MI 48111


Mancini, Peter T.
47 McKinley Lane
Streamwood, IL 60107


Maselbas, Michael C.
3711 N. Narragansett Avenue
Chicago, IL 60634


MG Mechanical
1513 Lamb Rd,
Woodstock, IL 60098


Miller, James
10005 Spring Dale Drive
Spring Grove, IL 60081

Much Shelist, P.C.
Sean Wagner
191 N Wacker Drive, Ste 1800
Chicago, IL 60606

Mutual Sales Corp.
2447 W Belmont Ave
Chicago, IL 60618

National Enclosure Company
5075 Carpenter Rd,
Ypsilanti, MI 48197

National Glass Assn
1945 Old Gallows Rd Ste 650
Vienna, VA 22182

National Glazing Solutions
140 Mountain Brook Dr
Canton, GA 30115

New Hudson Facades, LLC
815 Columbia Ave,
Upper Chicheste, PA 19061

Norrick, Brian R.
1448 Woodbury Circle
Gurnee, IL 60031

Old National Bank
PO Box 3789
Evansville, IN 47736-3789

OldCastle Envelope
4161 S Morgan St,
Chicago, IL 60609

Oldcastle Glass Engineered
Pro
4161 S Morgan St,
Chicago, IL 60609

Ornamental Ironworkers
Local 63
2205 Enterprise Dr Ste #502,
Westchester, IL 60154

P & G Engineering
11924 S 88th Ave,
Palos Park, IL 60464

Pagel USA
4290 Shoreline Dr,
Spring Park, MN 55384

Path Construction Co
125 E Algonquin Rd
Arlington Heights, IL 60005

Peerless Products, Inc.
5544 W Armstrong Ave
Chicago, IL 60646

Phillips, Blake O.
547 W. 157 Place
Chicago Heights, IL 60411

Poremba, Jason J.
2658 West Melrose Street
Chicago, IL 60618


Prime Scaffolding
1220 N Ellis St,
Bensenville, IL 60106


Prochaska, Anton F.
38864 N. West Avenue
Lake Villa, IL 60046


Quast Consulting and Testing
1055 Indianhead Dr,
Mosinee, WI 54455


Quiroz, Noe A.
1209 North 16th Avenue
Melrose Park, IL 60160


Rainbow Irrigation
and Backflow Prevention
300 N River Rd
Fox River Grove, IL 60021


Ralph H Simpson Company
733 N Industrial Dr
Elmhurst, IL 60126


Reed Consruction
600 W Jackson Blvd 8th Floor
Chicago, IL 60661

Reed Construction Corp.
600 W Jackson Blvd, Ste 500
Chicago, IL 60661

Rennaissance Construction
Fasteners
2740 Washington Blvd,
Bellwood, IL 60104

Rice Engineering
105 School Creek Trl
Luxemburg, WI 54217-1095

Riley Safer Holmes & Cancila
LaVon M. Johns
70 W Madison Street, Ste 2900
Chicago, IL 60602

Ring Central
20 Davis Drive
Belmont, CA 94002

Romo, Jose C.
3824 West 121st Place
Alsip, IL 60803

RP Rents LLC
725 Kimberly Dr
Carol Stream, IL 60188

Rushing, Lendell L.
3705 N. Albany Avenue
Chicago, IL 60618

S & S Panel Sales
2351 Brickvale Dr,
Elk Grove Village, IL 60007


Saladino, Joseph
5042 N. Lockwood Avenue
Chicago, IL 60630


Schuch, Christopher R.
9537 S. Kolin Avenue
Oak Lawn, IL 60453


Schultz, Nicholas W.
24464 South Valley Drive
Channahon, IL 60410


Schultz, Zachary Q.
432 East 2nd Street
Lockport, IL 60441


Seclock
P.O. Box 847469
Boston, MA 02284-7569


Serginia, Joshua L.
8214 Howe Road
Wonder Lake, IL 60097


Sheet Metal Local 265
, Carol Stream, IL
205 Alexandra Way
Carol Stream, IL 60118

Sheet Metal Workers Intl
Local 73
Raymond Suggs
4550 Roosevelt Road
Hillside, IL 60162


Shriver, O'Neill & Thompson
James C. Thompson, Esq.
515 N Court St
Rockford, IL 61103-6807


Singletary, Terrance W.
21 East 26th Street 5
Chicago, IL 60616


Sky Climber Access Solutions
1600 Pittsburgh Drive
Delaware, OH 43015


SMART Local 265 Welfare
Fund
Carol Stream, IL 60188
205 Alexandra Way
Carol Stream, IL 60188-2080


Smartsheet, Inc
Bellevue, WA 98004
500 108th Ave Ne Ste 200
Bellevue, WA 98004-5555


Spilotro Law Group, LLC
6160 N Cicero Ave #650
Chicago, IL 60646


Stanley Access Technologies
925 N State St,
Elgin, IL 60123

Stevenson Crane Service, Inc.
410 Stevenson Drive
Bolingbrook, IL 60440

Suburban Elevator
130 Prairie Lake Rd Ste D
East Dundee, IL 60118-9130

Swift Saw and Tool Supply
1200 W. 171st St.
Hazel Crest, IL 60429

Teamsters Cent. States
Dept 10291
Palatine, IL 60055

Teamsters Local 781
747 Church Road, Bldg D
Elmhurst, IL 60126

Tenorio, Jose Luis
4830 S. Kildare Avenue
Chicago, IL 60632

The George Sollitt
Consruction Co
185 Hansen Court Suite 100
Wood Dale, IL 60191

The Lee Quigley Company
5301 W 65th St Unit D
Chicago, IL 60638

TK Elevator Company
3100 Interstate North Cir SE Suite 500
Atlanta, GA 30339

Torstenson Glass Company
3233 N Sheffield Ave
Chicago, IL 60657

Tubelite
=
3056 Walker Ridge Dr Nw Ste G
Walker, MI 49544-9133

Turek & Sons
1333 S Jefferson St,
Chicago, IL 60607

Uline
PO Box 88741
Chicago, IL 60680-1741

United Rentals
3233 W 36th St,
Chicago, IL 60632

Vetrotech Saint Gobain
61 bd 32e Rgt D'Infanterie
Condren - France02700

Viracon
800 Park Dr,
Owatonna, MN 55060

Walker, James F.
8918 Letterkenny Drive
Tinley Park, IL 60487


Wallace, Tamara C.
2072 Whitehorn Drive
Aurora, IL 60503


Walsh Fluor Design Build
Team
929 W Adams St
Chicago, IL 60607-3021


Welding Industrial Supply
Company
2200 N Western Ave, C
Chicago, IL 60647


Western DuPage Landscaping
31W478 Diehl Rd
Naperville, IL 60563


Williams Scotsman, Inc.
8211 Town Center Dr
Nottingham, MD 21236


Wolf, Ariana A.
738 South York Street
Elmhurst, IL 60126