**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Glass Management Services, Inc.,** | ) | **Case No. 24 B 14036** |
| | ) | |
| **Debtor.** | ) | **Hon. Janet S. Baer** |
| | ) | **Bankruptcy Judge** |
| | ) | |

<u>**NOTICE OF MOTION**</u>

TO: See attached list

PLEASE TAKE NOTICE that on **Tuesday, October 1, 2024, at 10:00 a.m.**, I will appear before the Honorable Janet S. Baer, or any judge sitting in that judge's place, **either** in courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the **Motion for Authority to Enter Into Contract Amendment with Lakeside Alliance and to Shorten Notice**, a copy of which is attached.

**Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is **160 731 2971** and the passcode is **587656**.  The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

Date:  September 25, 2024

**GLASS MANAGEMENT SERVICES, INC.**

By:   /s/ *David P. Leibowitz*
David P. Leibowitz (ARDC # 1612271)
Leibowitz Hiltz & Zanzig, LLC
53 W. Jackson Blvd, Suite 1301
Chicago, IL 60604
(312) 662-5750
dleibowitz@lakelaw.com

## CERTIFICATE OF SERVICE

I, Linda A. Green,

☒ an attorney, certify

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on September 25, 2024, at 5:00 p.m.

_/s/ Linda A. Green_

## SERVICE LIST

***Parties served via electronic notice through CM/ECF:***

Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

***Parties served via first class U.S. mail:***

Glass Management Services, Inc.
1945 Ohio St
Lisle, IL 60532-2169

Lakeside Alliance
Attn: Junisa Brima
1514 E 63rd Street
Chicago, IL, 60637

Adam B. Rome
Greiman, Rome & Griesmeyer, LLC
205 W Randolph St, Suite 2300
Chicago, IL 60606

Old National Bancorp
Attn: Wendy Brewer, Sr. Counsel, Vice Pres.
900 E. 96th Street, Suite 500
Indianapolis, IN 46240

ASI Doors
5848 N 95th Ct
Milwaukee, WI 53225

Creative Panel Systems
1945 Ohio St
Lisle, IL 60532-2169

Old National Bank
PO Box 3789
Evansville, IN 47736-3789

Teamsters Cent. States
Dept 10291
Palatine, IL 60055

New Hudson Facades, LLC
815 Columbia Ave,
Upper Chicheste, PA 19061

1945 Ohio Street LLC
1945 Ohio Street
Lisle, IL 60532

Stanley Access Technologies
925 N State St,
Elgin, IL 60123

Oldcastle Glass Engineered Pro
4161 S Morgan St.
Chicago, IL 60609

Certified Construction Services, Inc.
6415 N Caldwell Ave,
Chicago, IL 60646

Stevenson Crane Service, Inc.
410 Stevenson Drive
Bolingbrook, IL 60440

Assa Abloy Entrance Systems US, Inc.
1900 Airport Rd
Monroe, NC 28110

OldCastle Envelope
4161 S Morgan St,
Chicago, IL 60609

Reed Construction Corp.
600 W Jackson Blvd, Ste 500
Chicago, IL 60661

United Rentals
3233 W 36th St.
Chicago, IL 60632

Glaziers Local 27
Welfare & Pension Fund
4225 Lawndale Ave
Lyons, IL 60534-1131

All American Glazing and Door
3309 W Irving Park Rd,
Chicago, IL 60618

1002 E. 87th Street, LLC
1002 E. 87th Street
Chicago, IL 60619

Atlas Crane Service
1275 Aurora Ave Lane
Aurora, IL 60505

Kedmont Waterproofing
5428 N Kedzie Ave,
Chicago, IL 60625

Coastal Construction Products
3401 Philips Hwy
Jacksonville, FL 32207

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Glass Management Services, Inc.** | ) | **Case No. 24 B 14036** |
| | ) | |
| **Debtor.** | ) | **Hon. Janet S. Baer** |
| | ) | **Bankruptcy Judge** |
| | ) | |

**MOTION FOR AUTHORITY TO ENTER INTO CONTRACT AMENDMENT**
**WITH LAKESIDE ALLIANCE AND TO SHORTEN NOTICE**

Glass Management Services, Inc., Debtor and Debtor in Possession ("Debtor"), hereby moves for entry of an order authorizing it to enter into a contract amendment with Lakeside Alliance, and in support thereof, respectfully states as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. This matter is a core proceeding pursuant, *inter alia*, to 28 U.S.C. §157(b)(2)(A) and (O).

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. By Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois, the District Court has referred all bankruptcy cases to the Bankruptcy Court for initial determination, as permitted by 28 U.S.C. § 157(a).

4. On September 22, 2024, Debtor, Glass Management Services, Inc. ("Glass Management"), filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtor is managing its business and properties as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No party has requested the appointment of a trustee or examiner in this Chapter 11 case, and no official committees have been appointed or designated.

5. Glass Management is an Illinois corporation. It is a construction contractor specializing

in glazing.  Among its major projects is the Obama Presidential Library (the "Obama Project").

6.       On or about May 16, 2022, Debtor entered into a contract, as subcontractor (the "Subcontract) with Lakeside Alliance ("Lakeside") for the performance of curtainwall related services at the Obama Project.

7.       As a result of defaults alleged under the Subcontract, Debtor and Lakeside have negotiated an amendment to the Subcontract (the "Amendment"), a copy of which is attached hereto as Exhibit A, pursuant to which Lakeside would provide certain advance payments to Debtor, subject to and expressly limited by the terms of the Amendment.

8.       Entry into the Amendment is essential for Debtor to obtain the necessary funding to complete its work on the Obama Project and will not give rise to any administrative claim because no recourse is sought against Debtor for the alleged default.  The funds will be used to pay labor and materialmen on the Obama Project.

9.        Therefore, the Debtor requests that the Court enter an order authorizing it to enter into the Amendment so that it can proceed with and complete the Obama Project work.

10.      Debtor has provided notice of this motion to  (a) the United States Trustee; (b) Lakeside; c) the 20 largest creditors of the Debtor; and (d) all parties that have requested or receive notice through CM/ECF.  The Debtor requests that shortened notice be deemed adequate in light of the urgent nature of the relief sought.

WHEREFORE, Debtor respectfully requests that the Court enter the appended proposed order authorizing Debtor to enter into the Amendment and granting such other relief as is just.

Respectfully submitted,

**Glass Management Services, Inc.**

By:    /s/ *David P. Leibowitz*
One of Its Attorneys

David P. Leibowitz (ARDC # 1612271)
Leibowitz, Hiltz & Zanzig, LLC – Lakelaw
53 W. Jackson Blvd – Suite 1301
Chicago, IL 60604
(312) 662-5750