Form G5 (20260511)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number:  24-14036 |
| Glass Management Services, Inc., | ) | |
| | ) | |
| | ) | Chapter:  11 |
| | ) | |
| | ) | Honorable David H. DeCelles |
| | ) | |
| Debtor(s) | ) | |

**INTERIM ORDER AUTHORIZING THE USE OF CASH COLLATERAL**

This case coming before the court on the motion of the Debtor for the entry of an order authorizing the use of cash collateral, and adequate notice having been provided to Old National Bank ("Old National" or "ONB"), through its counsel and responsible loan officer as requested, and to the 20 largest creditors;

The Debtor and Old National stipulate as follows:

A. The Debtor has continued to manage its business and assets and to administer the affairs of its estate as a debtor-in-possession in accordance with 11 U.S.C. §§ 1107(a) and 1108 of the Bankruptcy Code.

B. Old National has a senior valid blanket lien upon the assets of the Debtor, and the cash proceeds thereof. Old National holds a senior security interest in all the assets of the Debtor by way of a valid first priority duly filed lien.

C. Old National is the holder of two loans made to the Debtor (the "ONB Loans"). The ONB Loans are evidenced by: (i) a promissory note originally executed on November 30, 2015, and subsequently replaced and superseded by that certain promissory note dated June 30, 2023, in the original principal amount of $2,600,000.00 ("ONB Note 1); and (ii) a promissory note dated June 22, 2023, in the original principal amount of $1,500,000.00 ("ONB Note 2").

D. The ONB Loans are secured by a first priority security interest over all business assets of the Debtor granted to Old National pursuant to two commercial security agreements dated November 30, 2015, and June 22, 2023 (collectively the "Security Agreements") and properly perfected by the filing of a UCC-1 financing statement dated December 1, 2015 and recorded as Document No. 020896744 with the Illinois Secretary of State (as the same was continued or amended, the "ONB UCC-1").

E. As of September 25, 2024, the balance due in the aggregate against each of the ONB Loans was not less than $4,046,480.56: (i) ONB Note 1 for an amount not less than $2,589,715.56; and (ii) ONB Note 2 for an amount not less than $1,456,765.00.

IT IS HEREBY ORDERED THAT:

1. Security Interest and Adequate Protection: To the extent not automatically extended by 11 U.S.C. § 552(b), ONB will have a replacement lien and first security interest on the post-petition

Form G5 (20260311)

assets of the Debtor to the extent that its liens and security interest existed immediately prior to the filing of the petition (the "Replacement Liens"). In accordance with 11 U.S.C. § 507(b), ONB shall have a superpriority administrative expense claim to the extent the Replacement Liens do not adequately protect ONB against the diminution in value of its collateral.

2. Taxes and Governmental Obligations. The Debtor shall pay when due, all taxes, assessments and governmental and other charges accrued post-petition, including any and all federal and state withholding taxes, and shall provide to ONB, on request, copies of depository receipts or other satisfactory evidence of same.

3. Maintain Insurance. The Debtor shall maintain insurance covering the full value of all collateral securing the obligations to ONB, and shall provide proof of such insurance to ONB, upon request. Furthermore, the Debtor shall provide regular financial reporting to ONB, as required by the terms of the loan documents evidencing the obligations to ONB, or as reasonably requested by ONB.

4. Deposit Accounts at ONB. The Debtor shall maintain its operating account(s) at ONB, and shall deposit and maintain all cash and all proceeds of accounts receivable, payments from customers, contract rights, and general intangibles (including but not limited to any employee retention credit funds) in said account(s).

5. Adequate Protection Payments. Beginning on December 1, 2024, and continuing on the 1st day of each month thereafter, the Debtor shall make monthly adequate protection payments to ONB in the amount of $30,000.00. ONB shall be permitted to debit the Debtor's Adequate Protection Payment from the Debtor's debtor-in-possession account (or post-petition operating account) being held at Old National.

6. Compliance with the Budget. The Debtor shall use cash collateral only in accordance with the Budget attached to this order as Exhibit A. The Debtor shall not make any payment not set forth in the Budget, except that, as necessary to maintain business operations, the Debtor may exceed the budgeted expenditures in a particular category only to the extent the Debtor limits or reduces its expenditures in other categories, so the resulting effect is that the total expenditures during the budget period do not exceed 110% of the total expenses outlined in the Budget.

7. Termination of Authority to use Cash Collateral. Unless extended by the court, this Interim Order, and the Debtor's authorization to use cash collateral, will immediately terminate on July 1, 2026.

8. No Modification of Third Party Rights or Loan Documents. This order does not either establish, or impair, any rights or remedies of or against any third party, all of which are reserved to the Debtor, ONB or any other third party. Except as expressly modified by this order, the underlying loan documents and the terms and provisions thereof, shall remain in full force and effect.

9. Continued Effect of this Order. If this Interim Order never becomes a final and appealable order, if the Debtor terminates this Interim Order, or if any or all of the provisions of this Interim Order are hereafter modified, vacated or stayed by subsequent order of this court or any other court, such termination or subsequent order shall not affect the priority, validity, enforceability or effectiveness of any lien, security interest, priority, or other benefit authorized hereby with respect to any cash collateral used prior to the effective date of such subsequent order (and all such liens, security interests, priorities and other benefits shall be governed in all respects by the original provisions of this Interim Order).

10. This matter is set for further hearing by agreement of the parties on July 1, 2026 at 10:00 AM without further notice.

Enter:

United States Bankruptcy Judge

Dated: May 28, 2026

**Prepared by:**

David P. Leibowitz (ARDC #1612271)
Law Offices of David P. Leibowitz, LLC
3352 N. Sheffield Ave.
Chicago, IL 60657
312 662 5750
dleibowitz@lakelaw.com

**Glass Management**
**June 2026**

| | |
|---|---|
| **Construction Revenue** | **$745,000.00** |
| **Sales** | **$745,000.00** |
| | |
| **Cost of Goods Sold** | |
| COS - Materials | $255,000.00 |
| COS - Direct Labor | $125,000.00 |
| COS - Subcontract Exp... | $10,000.00 |
| COS - Payroll Taxes | $13,500.00 |
| COS - Union Dues | $97,000.00 |
| COS - Equipment Rental | $10,000.00 |
| COS Worker's Comp | $8,993.00 |
| COS - Bond Expense | $0.00 |
| Shop Supplies | $2,000.00 |
| **Cost of Goods Sold** | **$521,493.00** |
| **Gross Profit** | **$223,507.00** |
| | |
| **Sales & General Administration Expenses** | |
| Bank Service Charges | $0.00 |
| Computer Repairs | $500.00 |
| Copiers Exp | $700.00 |
| Equipment Repairs | $1,000.00 |
| Insurance - Gen Liab Ins Exp & Automobile | $12,000.00 |
| Insurance - Medical Insurance | $13,100.00 |
| Insurance - Officer's Life Insurance | $0.00 |
| Insurance - Workmans Comp OE | $800.00 |
| Interest Expense | $30,000.00 |
| Legal & Accounting | $3,500.00 |
| Meals & Entertainment | $500.00 |
| Office Expense | $0.00 |
| Office Supplies Exp | $500.00 |
| U.S T Fees | $5,350.78 |
| Payroll Taxes | $6,750.00 |
| Permits & Licenses | $0.00 |
| Professional Services (IT HR Accounting) | $5,500.00 |
| Rental Expense | $12,500.00 |
| Repairs & Maintenance | $500.00 |
| Scavenger | $541.00 |
| Software Maintenance & Fees | $0.00 |
| Tools | $1,200.00 |
| Utilities | $2,600.00 |
| Vehicle Expense | $2,500.00 |
| Wages - Office Wages | $29,849.53 |
| Wages - Officer Salary | $16,653.83 |
| Wages - Project Manag & Sales/Est. Wages | $41,249.56 |
| Wages - Warehouse Wages | $16,974.97 |
| **Total Operating Expenses** | **$204,769.67** |
| **Profit from Operations** | **$18,737.33** |